UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| WARREN SNOW<br>on behalf of himself and those similarly situated<br><br>　　　　Plaintiff,<br><br>　　　　vs.<br><br>JMI REPORTS, LLC<br><br>　　　　Defendant. | CASE NO. 1:20-cv-01999<br>JUDGE Solomon Oliver, Jr.<br><br>**ORDER GRANTING JOINT MOTION FOR LEAVE TO FILE JOINT MOTION FOR APPROVAL OF SETTLEMENT UNDER SEAL** |

**THIS MATTER** is before this Court on Plaintiff Warren Snow and Defendant JMI Reports, LLC's (collectively, the "Parties") Joint Motion for Leave to File Joint Motion for Approval of Settlement Under Seal (the "Motion"). This Motion requests that the Court grant the Parties' request to file the Motion, including the Settlement Agreement and related documents, under seal.

**THEREFORE**, for good cause shown, this Court **GRANTS** the Motion, and the Motion, along with the Settlement Agreement and related documents, shall be filed under seal.

SIGNED THIS 18th day of September, 2024.

　　　　　　　　　　　　　　　　　　BY: /s/ Solomon Oliver, Jr.
　　　　　　　　　　　　　　　　　　　　SOLOMON OLIVER, JR.
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE