.UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| WARREN SNOW, on behalf of himself and all others similarly situated, | ) ) ) | CASE NO. 1:20-cv-01999 |
| Plaintiff, | ) ) ) | JUDGE SOLOMON OLIVER, JR. |
| vs. | ) ) | **ORDER OF DISMISSAL AND APPROVING SETTLEMENT** |
| JMI REPORTS, LLC | ) ) | |
| Defendant. | ) ) | |

THIS CAUSE having come before the Court on the Joint Motion for Approval of Confidential Settlement and Stipulation of Dismissal with Prejudice (the "Joint Motion"), including the Confidential Joint Stipulation of Settlement and Release ("Settlement") and the Declaration of Lori M. Griffin, and due cause appearing therefore, it is hereby Ordered and Adjudged as follows:

1. Representative Plaintiff Warren Snow filed this Action asserting violations of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 201-219, and the Ohio Minimum Fair Wage Standards Act ("OMFWSA"), R.C. § 4111.03. Defendant denies any liability or wrongdoing of any kind.

2. The Court finds that the proposed Settlement is fair and reasonable and satisfies the standard for approval under § 16(b) of the FLSA, 29 U.S.C. § 216(b). The Court finds that the Settlement resulted from arms-length negotiations between experienced counsel after substantial investigation. Plaintiffs' Counsel has informed the Court that they believe the Settlement is fair, reasonable, and adequate and in the best interests of the Representative Plaintiff and the Opt-In Plaintiffs. The Court has considered all relevant factors, including the risk, complexity, expense,

and likely duration of the litigation; the extent of investigation; the amount offered in the Settlement; and the experience and views of counsel for the Parties.

3. The Court approves the Settlement and orders that it be implemented according to the terms and conditions and as directed therein. The Court grants final approval of the Settlement as to the Representative Plaintiff and the Opt-In Plaintiffs.

4. The above case is hereby DISMISSED WITH PREJUDICE; each Party to bear their own attorneys' fees and costs except and otherwise provided by the Settlement. All pending deadlines are stricken as moot. The Court shall retain jurisdiction to enforce the Settlement.

ORDERED this 24th day of October, 2024

        /s/ *SOLOMON OLIVER, JR.*
        SOLOMON OLIVER, JR.
        UNITED STATES DISTRICT JUDGE